The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Jerrell Cortez Edwards
   v. Commonwealth of Virginia
   Record No. 0954-14-1
   Opinion rendered by Judge O'Brien on
   December 22, 2015

2. Heather Hogston Lambert
   v. Commonwealth of Virginia
   Record No. 0029-15-3
   Opinion rendered by Chief Judge Huff on
   December 22, 2015

3. Marquis Durrell Jennings
   v. Commonwealth of Virginia
   Record No. 0063-15-1
   Opinion rendered by Judge AtLee on
   December 22, 2015

4. Crystal Gail Ramsey
   v. Commonwealth of Virginia
   Record No. 0123-15-1
   Opinion rendered by Chief Judge Huff on
   December 29, 2015

5. Patrick Franklin Graves, Jr.
   v. Commonwealth of Virginia
   Record No. 2344-14-1
   Opinion rendered by Judge Decker on
   January 12, 2016

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Michael Jonthan Garland Saunders
   v. Commonwealth of Virginia
   Record No. 1630-12-2
   Opinion rendered by Chief Judge Huff
     on February 4, 2014
   Affirmed by order (140507)

2. Ronald Taft Davis, III
   v. Commonwealth of Virginia
   Record No. 1873-12-2
   Opinion rendered by Judge Petty
     on February 25, 2014
   Affirmed by order and remanded to Court of Appeals with directions to remand to the Circuit Court of Surry County for the limited purpose identified in the Court of Appeals' opinion (141674)

3. Dewayne  Oliver Winslow
   v. Commonwealth of Virginia
   Record No. 1447-13-4
   Opinion rendered by Judge Kelsey
     on December 23, 2014
   Affirmed by order (150143)

4. Women's Healthcare Associates, Inc.
   v. Valerie A. Mucci and Virginia Birth-Related Neurological Injury Compensation Program
   Record No. 1180-14-4
   Opinion rendered by Judge Humphreys
     on March 3, 2015
   Refused (150708)

5. Angela C. Bess, M.D.
   v. Valerie A. Mucci and Virginia Birth-Related Neurological Injury Compensation Program
   Record No. 1191-14-4
   Opinion rendered by Judge Humphreys
     on March 3, 2015
   Refused (150708)

6. Loudoun Hospital Center, d/b/a Inova Loudoun Hospital, Azam Dabirzadeh, R.N., and Alysia Warfield, R.N.
   v. Valerie A. Mucci and Virginia Birth-Related Neurological Injury Compensation Program
   Record No. 1211-14-4
   Opinion rendered by Judge Humphreys
     on March 3, 2015
   Refused (150708)

7. Deshay Arkel Stith
   v. Commonwealth of Virginia
   Record No. 1548-14-2
   Opinion rendered by Judge Beales
     on July 7, 2015
   Refused (151188)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. Darien Vasquez, a/k/a Darien Vazquez
   v. Commonwealth of Virginia
   Record No. 1878-13-3
   CAV petition for appeal denied by Judge Beales on June 11, 2014
   Judgment of Court of Appeals affirmed by opinion rendered on February 12, 2016
   (141071)

2. Donald Arthur Herrington
   v. Commonwealth of Virginia
   Record No. 1083-13-4
   Memorandum opinion rendered by Judge Chafin on November 12, 2014
   Judgment of Court of Appeals affirmed by opinion rendered on February 12, 2016
   (150085)

3. Brandon Valentin
   v. Commonwealth of Virginia
   Record No. 1791-13-3
   Memorandum opinion rendered by Judge Decker on February 3, 2015
   Judgment of Court of Appeals affirmed by opinion rendered on February 12, 2016
   (150357)